UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BAUMANN FARMS LLP,
GLENN HEIER,
AARON KAISER,
        Plaintiffs,

v.                                    Case No. 16-CV-605

YIN WALL CITY, INC.,
SUT I. FONG,
CHOENG SAT O,
YIN WALL CITY, INC.,
YIN WALL CITY DALLAS, INC.,
        Defendants.

   and

YIN WALL CITY, INC.,
YIN WALL CITY DALLAS, INC.,
        Third-Party Plaintiffs

        v.

THOMAS HACK,
JOE HEIL,
GINSENG BOARD OF WISCONSIN, INC.
KURT BAUMANN,
        Third-Party Defendants

   and

**YIN WALL CITY, INC.**
**YIN WALL CITY DALLAS, INC.,**
          **Counter-Claimants,**

       vs.

**BAUMANN FARMS LLP,**
**GLENN HEIER,**
**AARON KAISER,**
          **Counter-Defendants.**

## COURT MINUTES OF
## FAIRNESS HEARING

### HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE:     January 23, 2019 at 9:30 AM     DEPUTY CLERK: Mary Murawski

TIME COMMENCED:     9:30:26     TIME CONCLUDED: 9:34:15

TAPE:     Liberty

APPEARANCES:

    PLAINTIFFS/THIRD-PARTY DEFENDANTS/COUNTER DEFENDANTS:
        **Michael T. Hopkins**

    DEFENDANTS/THIRD-PARTY PLAINITFFS/COUNTERCLAIMANTS:
        **Peter J. Phillips by telephone**

COMMENTS:
COURT notes two motions were filed: 1) Motion for approval of class counsel's fees and expenses and plaintiffs' participation awards and 2) Motion to file Exhibit A to Mr. Hopkin's Declaration regarding registered ginseng growers and class members under seal.

COURT notes no one is present in court today to object.

Counsel not aware of any objections.

COURT has read the motion for approval of fees & expenses which explains the basis for class counsel's fee award and recovery of certain expenses. Also explains why named plaintiffs are receiving additional money, specifically $1,500 each, above and beyond what the class members are receiving. Explanations are fair and reasonable

MR PHILLIPS has no objection to both motions.

COURT grants the motions.

MR HOPKINS does not see any reason why final judgment cannot be entered today. Mr. Phillips agrees.

COURT will approve of the settlement and enter final judgment forthwith.