# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

BAUMANN FARMS, LLP
a Wisconsin limited liability partnership;
GLENN HEIER; and AARON KAISER,

      Plaintiffs,

  v.            Case No. 16-CV-605

YIN WALL CITY, INC., an Illinois
corporation; SUT I. FONG; CHEONG SAT O;
YIN WALL CITY, DALLAS, INC.,
a Texas Corporation,

      Defendants.

YIN WALL CITY, INC. (Illinois),
YIN WALL CITY, INC. (Texas), and
YIN WALL CITY DALLAS, INC.,

      Counterclaim and
      Third-Party Plaintiffs,

  v.

BAUMANN FARMS, LLP; GLENN HEIER;
and AARON KAISER,

      Counterclaim Defendants

      and

GINSENG BOARD OF WISCONSIN, INC.;
THOMAS HACK, JOE HEIL and KURT BAUMANN,

      Third-Party Defendants.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1. In accordance with Fed. R. Civ. P. 23, the Class in this matter is defined as:

a. [A]ll individuals and entities engaged in the business of cultivating ginseng in the State of Wisconsin who have registered as ginseng growers with Wisconsin's DATCP as mandated by Wis. Stats. § 94.50(2), during the calendar years 2010 through 2015, excluding Certified Class members who have previously asked to be excluded from the Class, defendants, and all officers, directors, employees, and agents of defendants.

2. Class Counsel shall receive $64,000.00 as reasonable attorneys' fees and $4,556.30 as reasonable costs and expenses.

3. Class Representative participation awards to the three named Plaintiffs in the reasonable amount of $1,500.00 each, all to be paid from the Settlement Fund.

4. The final approval of the Settlement is **GRANTED** and this entire action, including all claims, counterclaims and third-party claims, is **DISMISSED** with prejudice.

Date: January 25, 2019

    Stephen C. Dries, Clerk of Court
    EASTERN DISTRICT OF WISCONSIN
    (By) Deputy Clerk, s/Mary Murawski
    Approved this 25th day of January, 2019.

*William E. Duffin* (signature)
WILLIAM E. DUFFIN
United States Magistrate Judge